IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

    Plaintiff,                    No. CIV S-10-1968 GEB GGH PS

    vs.

CHESTER MITCHELL, et al.,

                                  <u>ORDER</u>

    Defendants.

_____/

    Presently pending before the court are three motions to set aside entry of default, filed January 18, 2011. On June 1, 2011, plaintiff's request for extension of time in which to oppose the motions was denied without prejudice as not ripe, in light of the then pending findings and recommendations regarding the trustee's motion to intervene and dismiss. <u>See</u> Docket # 62. Those findings and recommendations were adopted by the district court on June 7, 2011. (Dkt. # 68.) Plaintiff, however, failed to renew his request for extension of time and did not file an opposition within fourteen days of that order as directed by this court on February 16, 2011. (Dkt. # 58.)

////

////

////

1

1 Accordingly, IT IS ORDERED that: plaintiff shall file oppositions to the motions
2 to set aside entry of default (dkt. #s 36, 38, 39), within fourteen (14) days of this order.  No
3 further extensions will be granted.  These motions will then be taken under submission without a
4 hearing.
5 DATED: July 25, 2011

                                         /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:076/Johnson1968.rec.wpd