IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

    Plaintiff,                      CIV S-10-1968 GEB GGH PS

    vs.

CHESTER MITCHELL, et al.,

    Defendants.                ORDER

_____/

        On March 2, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed March 2, 2012, are ADOPTED and

1. Plaintiff's claims against defendants Judith Cohen, Maureen Smith, and Susan Fine are dismissed without prejudice pursuant to Fed. R. Civ. P. 21.

2. Defendant Martha Thomas's motion to dismiss for lack of personal jurisdiction (dkt. no. 131) is granted in part, plaintiff's claims against Thomas are severed pursuant to Fed. R. Civ. P. 21, and these claims are transferred to the United States District Court for the District of Colorado.

Dated: March 21, 2012

```
GARLAND E. BURRELL, JR.
United States District Judge
```