IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

    Plaintiff,                    No. 2:10-cv-1968 GEB GGH PS

    vs.

CHESTER MITCHELL, et al.,

                                ORDER

    Defendants.

_____/

        On May 4, 2012, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (Dkt. No. 197.) No objections were filed. Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations (dkt. no. 197) are adopted in full;

        2. Defendants Mode and Yarrington's motion to dismiss for lack of personal jurisdiction (dkt. no. 179) is GRANTED IN PART and plaintiff's claims against defendants

Mode and Yarrington are SEVERED under Fed. R. Civ. P. 21 and TRANSFERRED to the United States District Court for the District of Vermont.

      3. Defendant Ford Hermansen's motion to dismiss for lack of personal jurisdiction (dkt. no. 151) is DENIED.

Dated: May 31, 2012

GARLAND E. BURRELL, JR.
United States District Judge