IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

    Plaintiff,                    No. 2:10-cv-1968 GEB GGH PS

    vs.

CHESTER MITCHELL, et al.,

                                  ORDER

    Defendants.

_____/

On June 26, 2012, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (Dkt. No. 210.) No objections were filed.[1] Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] Defendant Ford Hermanson filed objections to the magistrate judge's contemporaneous order setting a hearing on the issue of defendant Ford Hermanson's domicile. (Dkt. No. 211.) However, those objections were unrelated to the findings and recommendations regarding defendant Patricia Hermanson's motion to dismiss for lack of personal jurisdiction pending before the undersigned.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations (dkt. no. 210) are ADOPTED IN FULL.
5      2. Defendant Patricia Hermanson's motion to dismiss for lack of personal
6  jurisdiction (dkt. no. 193) is GRANTED IN PART and plaintiff's claims against defendant
7  Patricia Hermanson are SEVERED under Fed. R. Civ. P. 21 and TRANSFERRED to the United
8  States District Court for the District of Minnesota.
9  Dated: July 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge