2
Shepard Johnson
6085 Seven Cedars Place
Granite Bay, CA 95746
Phone:      916-208-9969
Facsimile: 916-780-4668

Pro se

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

SHEPARD JOHNSON ) CASE NO. 10-CV-1968 GEB GGH

Plaintiff

    vs. ) ORDER

MITCHELL et al.,

Defendants

Plaintiff Shepard Johnson filed, on October 15, 2012, a stipulation of dismissal by and between Shepard Johnson and defendant Bobby Hammond. Dkt. 236. Dismissal of this action with prejudice as to Bobby Hammond is requested pursuant to Fed. R. Civ. Pro. 41(a)(2). The court has reviewed the papers submitted, and considered the arguments made by and authorities cited by counsel. Good cause appearing,

IT IS ORDERED that:

1. The dismissal with prejudice is GRANTED.

2. The parties agree to bear their own costs and attorneys

Dated: February 13, 2013

/s/ Gregory G. Hollows*

_____

UNITED STATES MAGISTRATE JUDGE

- Stipulated dismissals are self-executing. Fed. R. Civ. P. 41(a)(1)(A).  However, for administrative purposes, the undersigned has signed the stipulation.

ggh9