1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHEPARD JOHNSON,

11          Plaintiff,                    No. 2:10-cv-1968 GEB GGH PS

12       vs.

13   CHESTER MITCHELL, et al.,

14          Defendants.                   ORDER

15   _____/

16          On May 10, 2013, the magistrate judge filed findings and recommendations herein

17   which were served on the parties and which contained notice that any objections to the findings

18   and recommendations were to be filed within fourteen days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  See Orand v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Findings and Recommendations in full.

25          Accordingly, IT IS ORDERED that the Findings and Recommendations filed May

26   10, 2013, are ADOPTED and Defendant Solarte is dismissed for failure to serve process pursuant

1

1  to Federal Rule of Civil Procedure 4(m).

2  Dated:  June 17, 2013

3

4  _____
   GARLAND E. BURRELL, JR.
5  Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26