IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

    Plaintiff,   No. 2:10-cv-1968 GEB GGH PS

  vs.

CHESTER MITCHELL, et al.,

    Defendants.   ORDER
_____/

     On May 10, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

     Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

     The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

     Accordingly, IT IS ORDERED that the Findings and Recommendations filed May 10, 2013, are ADOPTED and Defendant Solarte is dismissed for failure to serve process pursuant

1

1 | to Federal Rule of Civil Procedure 4(m).

2 | Dated: June 17, 2013

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```